NICOLA ESPOSITO, an Infant, by DOMENICO ESPOSITO, His Guardian ad Litem, Respondent, *v.* COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR DE CYPRIEN FABRE ET COMPAGNIE, Appellant.

*Esposito* v. *Compagnie Francaise de Navigation, etc.*, 174 App. Div. 856, affirmed.

(Argued March 19, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant. Plaintiff was a passenger on one of defendant's steamships. During a heavy storm he was thrown by the sudden rolling of the ship in the seaway over against a door jamb, and while he was holding himself against it the door suddenly slammed shut and caught the first or index finger of his right hand. There was testimony tending to show that the door and its fastening were defective.

*Homer L. Loomis* for appellant.

*Adolph Ruger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: MCLAUGHLIN, J.